**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **MICHAEL A TORKELSON** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **TRACIE L TORKELSON** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of Minnesota

Case number: 07-50346     (State)

RECEIVED
2022 MAR 22 AM 10:23
US BANKRUPTCY COURT

---

**Form 1340 (12/19) (MNB)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**1. Claim Information** Application is made for payment of unclaimed funds in the sum of $ **$963.92**, which funds were deposited with the Clerk of Bankruptcy Court for the District of Minnesota by the trustee on **6/27/2012**, representing the amount of an uncashed dividend check payable to **Margaret Torkelson** and sent to the following address: **16419 CO Rd. 107, Park Rapids, MN 56470**. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $963.92 |
|---|---|
| Claimant's[1] Name: | Benjamin D. Tarver dba Bankruptcy Settlement Group, as Assignee |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2885 Sanford Ave SW #37848<br>Grandville, MI 49418<br>832-781-0620<br>help@claimtransfers.com |

**2. Applicant Information**

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐     Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒     Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐     Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐     Applicant is a representative of the deceased Claimant's estate.

**3. Supporting Documentation**

☒     Applicant has read the court's Requirements for filing an Application for Payment of Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Minnesota
300 South Fourth Street
Suite 600
Minneapolis, MN 55415

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 3/16/22 | Date: |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Benjamin D. Tarver | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 2885 Sanford Ave SW #37848 Grandville, MI 49418 | Address: |
| Telephone: 832-781-0620 | Telephone: |
| Email: help@claimtransfers.com | Email: |
| **6. Notarization** STATE OF ARIZONA COUNTY OF YUMA | **6. Notarization** STATE OF ___ COUNTY OF ___ |
| This Application for Unclaimed Funds, dated 3-16-2022 was subscribed and sworn to before me this 16 day of March, 20 22 by **Benjamin Deray Tarver** | This Application for Unclaimed Funds, dated ___ was subscribed and sworn to before me this ___ day of ___, 20___ by ___ |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL) Notary Public ___ | (SEAL) Notary Public ___ |
| My commission expires: 10-19-25 | My commission expires: |

SHAREE DONALDSON
Notary Public, State of Arizona
Yavapai County
Commission # 616228
My Commission Expires
October 19, 2025

Form 1340 (MNB)    Application for Payment of Unclaimed Funds    Page 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:                                               CASE NO. 07-50346

Michael A. & Tracie L. Torkelson                     Debtor(s)

_____/

AFFIDAVIT OF APPLICANT

    I, Benjamin D. Tarver, do hereby certify that I am doing business as Bankruptcy Settlement Group ("BSG"), and that BSG is legally entitled to the unclaimed funds referenced in this application and that no other party is entitled to these funds.

    In support, applicant respectfully represents as follows:

1. A check for "Margaret Torkelson" in the amount of $963.92 was not negotiated and was thus remitted as unclaimed funds to the Clerk of the Court.

2. Michael A. Torkelson as Personal Representative for the estate of Margaret Torkelson assigned the unclaimed funds referenced in the application to BSG.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: __3/16/22__                             _____BJ_____
                                               Benjamin D. Tarver
                                               2885 Sanford Ave SW #37848
                                               Grandville, MI  49418


Sworn to and subscribed before me,
State of ARIZONA, County of YUMA

This __16__ day of __March__, 20__22__

_____
Notary Public Signature

My Commission Expires: __10-19-2025__

SHAREE DONALDSON
Notary Public, State of Arizona
Yavapai County
Commission # 616228
My Commission Expires
October 19, 2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:                                                                      CASE NO. 07-50346

Michael A. & Tracie L. Torkelson
                                                                            **AFFIDAVIT AND ASSIGNMENT**

Debtor(s)
_____/

I, Margaret Torkelson, of 16419 COUNTY 107, PARK RAPIDS, MN 56470-2092, certify:

1. That I am at least 18 years of age.

2. For good and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, I hereby certify that I have unconditionally and irrevocably sold, transferred and assigned to Bankruptcy Settlement Group ("Assignee"), its successors and assigns, whose mailing address is 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636, all right, title and interest in and to my claims in the above referenced bankruptcy proceeding, including without limitation my right to receive any future payments, distributions, unclaimed dividends and/or other property in the bankruptcy proceeding. I waive any notice or hearing requirements imposed by Court rules and stipulate that an order may be entered recognizing this Assignment as an unconditional Assignment and Assignee herein as the valid owner of my claim(s) and/or rights.

3. I am a debtor or creditor in the above referenced bankruptcy proceeding.

4. My address was or currently is 16419 CO Rd. 107, Park Rapids, MN 56470.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _January 27, 2022_                     _Michael A. Torkelson_ executor/personal
                                               ~~Margaret Torkelson~~  representative of estate
                                **SIGN ONLY IN THE PRESENCE OF A NOTARY PUBLIC AND AFFIX NOTARY SEAL**

Sworn to and subscribed before me, BY MICHAEL A. TORKELSON, PERSONAL REP OF ESTATE OF
State of Minnesota, County of ST LOUIS                         MARGARET TORKELSON
This _27TH_ day of _JANUARY_, 20_22_.

_Amber Hutchins_                              AMBER MARIE HUTCHINS
Notary Public Signature                       Notary Public-Minnesota
                                              My Commission Expires Jan 31, 2027
My Commission Expires: _01/31/2027_           (NOTARY SEAL)

Return this form to: Bankruptcy Settlement Group, 2300 East Fry Blvd #1630, Sierra Vista, AZ 85636

STATE OF MINNESOTA             IN DISTRICT COURT
PROBATE DIVISION
COUNTY OF HUBBARD           NINTH JUDICIAL DISTRICT

In Re: Estate of           Court File No. 29-PR-10-1089

_____MARGARET ELLEN TORKELSON_____,
Deceased

**ORDER AND NOTICE OF HEARING ON
PETITION FOR FORMAL PROBATE OF WILL
AND FOR FORMAL APPOINTMENT OF
PERSONAL REPRESENTATIVE IN SUPERVISED
ADMINISTRATION AND NOTICE TO CREDITORS**

TO ALL INTERESTED PERSONS AND CREDITORS:

    It is Ordered and Notice is hereby given that on the 10th day of November, 2010, at 10:00 o'clock A.M., a hearing will be held in the above named Court at Park Rapids, Minnesota, for the formal probate of an instrument purporting to be the will of the above named decedent, dated December 8, 1994, and for the appointment of Michael A. Torkelson, whose address is P. O. Box 84, Knife River, MN 55609, as personal representative of the estate of the above named decedent in supervised administration, and that any objections thereto must be filed with the Court. That, if proper, and no objections are filed, said personal representative will be appointed to administer the estate, to collect all assets, pay all legal debts, claims, taxes and expenses, and sell real and personal property, and do all necessary acts for the estate. Upon completion of the administration, the representative shall file a final account for the allowance and shall distribute the estate to the persons thereunto entitled as ordered by the Court, and close the estate.

    Notice is further given that ALL CREDITORS having claims against said estate are required to present the same to said personal representatives or to the Court Administrator within four months after the date of this notice or said claims will be barred.

Dated: _____10-4-10_____           Paul E. Rasmussen
                                                                                                   Judge

(COURT SEAL)                    Darlene Herbracht
                                                                               Court Administrator

James B. Wallace, #113931
WALLACE LAW OFFICE
Attorney at Law
201 East 1st Street
P. O. Box 27
Park Rapids, MN 56470
(218) 732-7279

| | |
|---|---|
| STATE OF MINNESOTA | IN DISTRICT COURT |
| | PROBATE DIVISION |
| COUNTY OF HUBBARD | NINTH JUDICIAL DISTRICT |

In Re: Estate of                                    Court File No. __29-PR-10-1089__

__MARGARET ELLEN TORKELSON__,
                            Deceased    **ORDER OF FORMAL PROBATE OF**
**WILL AND FORMAL APPOINTMENT**
**OF PERSONAL REPRESENTATIVE**

---

      The petition of Elizabeth A. Torkelson, dated September 30, 2010, for the formal probate of the last will and for formal appointment of a personal representative of the above named decedent have duly come on for hearing before the Judge of the above named Court, the undersigned Judge having heard and considered such petition, being fully advised in the premises, makes the following findings and determination:

1. That the petition for formal probate of will and for formal appointment of a personal representative is complete.

2. That the time for any notice has expired and any notice as required by the laws of this State has been given and proved.

3. That the petitioner has declared or affirmed that the representations contained in the petition are true, correct and complete to the best of her knowledge or information.

4. That the petitioner appears from the petition to be an interested person as defined by the laws of this State.

5. That the above named decedent testator herein is dead having died on August 11, 2010, at Henrietta Township, Hubbard County, Minnesota.

6. That, on the basis of the statements in the petition, this court has jurisdiction of this estate, proceeding and subject matter.

7. That venue for this proceeding is in the above named County of the State of Minnesota, because the decedent was domiciled in such County at the time of her death, and was the owner of property located in the State of Minnesota.

8. That decedent's heirs are as identified in the petition commencing this proceeding.

9. That decedent died testate.

10. That the original, duly executed and apparently unrevoked last will of the decedent or, if previously probated elsewhere, an authenticated copy thereof and statement probating the same is in the Court's possession, and therefore, that any will to which the requested appointment relates has been or will be formally probated upon the entry of this order.

11. That the petition does not indicate the existence of a possible unrevoked testamentary instrument which may relate to property subject to the laws of this State, and which is not filed for probate in this Court.

12. That it appears from the petition that the time limit for original probate and appointment proceedings has not expired.

13. That from the statements in the petition, Michael A. Torkelson has priority entitling appointment because Michael A. Torkelson has been nominated by Joey Kaseman and John D. Smythe, who were nominated as personal representative, and alternate personal representative, respectively, in the last will of the decedent, with no bond, in an undesignated administration; that petitioner petitioned for the appointment of Michael A. Torkelson as personal representative, and that Michael A. Torkelson is not disqualified to serve as a personal representative of the decedent.

14. That the petition does not indicate that a personal representative has been appointed in this or another County of this State whose appointment has not been terminated.

15. That this proceeding is uncontested, the petition being unopposed, no objections having been filed.

Now, therefore, it is ORDERED, ADJUDGED, and DECREED by the Court as follows:

1. That the petition is hereby granted.

2. That the last will duly executed December 8, 1994, and codicil or codicils thereto, if any, of the decedent is hereby formally probated.

3. That Michael A. Torkelson is hereby formally appointed as the Personal Representative of the estate of Margaret Ellen Torkelson, deceased, with no bond, in a supervised administration.

4. That upon qualification and acceptance, letters testamentary be issued to Michael A. Torkelson.

Dated: _November 10, 2010_

_____
Judge

(COURT SEAL)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:                                                         CASE NO. 07-50346

Michael A. & Tracie L. Torkelson

        Debtors(s)
_____/

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing Application for Payment of Unclaimed Funds was mailed to the following address by First Class U.S. Mail:

Office of the United States Attorney
District of Minnesota
300 South Fourth Street
Suite 600
Minneapolis, MN  55415

Dated: 3/17/22

Benjamin D. Tarver
2885 Sanford Ave SW #37848
Grandville, MI  49418