# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  Bankr. No. 07-50346 KLT

Michael A. Torkelson and
Tracie L. Torkelson,

    Debtors.  Chapter 13

## ORDER

    This matter came before the Court on an Order to Appear and Show Cause issued by the Court [ECF No. 42] to Benjamin Tarver for an Application for Payment of Unclaimed Funds, filed by Benjamin D. Tarver dba Bankruptcy Settlement Group, as alleged Assignee of Margaret Torkelson. [ECF No. 40.] The Court held a telephonic hearing on the matter on May 11, 2022. Appearances were as noted on the record. Based on the record and for the reasons stated on the record at the hearing in this matter,

    IT IS ORDERED:

1. The Application for Payment of Unclaimed Funds is DENIED.

DATED: May 11, 2022

*/e/Kesha L. Tanabe*
Kesha L. Tanabe
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/11/2022*
Tricia Pepin, Clerk, by AB